# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI COLLIER,<br><br>                    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*<br><br>                    Defendants. | Case No. 19-cv-1599-BAS-RBM<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>**[ECF No. 21]** |

      Presently before the Court is Plaintiff Kai Collier and Defendants J. Romero, J. Huerta, and the California Department of Corrections and Rehabilitation's Joint Motion to Stay Proceedings and Modify the Scheduling Order. (ECF No. 21.) Due to the ongoing COVID-19 pandemic, the parties' attorneys are having difficulty complying with the scheduling order. Counsel are unable to go into the office to work and are attempting to work remotely. Defendants' counsel also is experiencing delays obtaining documents and information from CDCR. Accordingly, the parties move to stay all deadlines in the scheduling order.

      A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). The Court finds good cause to modify the scheduling order. The Court

1 | **GRANTS** the Joint Motion.  All dates set forth in the scheduling order (ECF No. 20)
2 | are **STAYED**.  As stipulated, 30 days from the date of this order, and then every 30
3 | days thereafter, the parties are to file a joint report updating the Court on their current
4 | working conditions and abilities to properly litigate this case.

**IT IS SO ORDERED.**

DATED: March 24, 2020

Hon. Cynthia Bashant
United States District Judge